IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY L. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 3:06-CV-656-WKW |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On February 15, 2007, the Magistrate Judge filed a Recommendation (Doc. # 18) that the Commissioner's decision be affirmed.  Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 18) is ADOPTED;

2. The Commissioner's decision is AFFIRMED; and

3. The Clerk of the Court is DIRECTED to amend the docket to reflect the change in the style of the case.

An appropriate judgment will be entered.

DONE this 30th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE